Order entered November 13, 2012

00485



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00561-CV

## DR. ROBERT MILLER, M.D., Appellant

## V.

## MATTHEW AARON CHURCHES, Appellee

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 1-10-206**

## ORDER

The Court has before it appellant's November 1, 2012 third motion to extend time to file his reply brief. The Court **GRANTS** the motion and **ORDERS** that the reply brief tendered by appellant on November 1, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE